

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00382-CV

| | | |
|---|---|---|
| Sheila Wilson | § | From County Court at Law No. 1 |
| v. | | |
| Tarrant County Constables, its Agents, Assigns and/or Successors in Interest, its Affiants, U.S. Persons of Interest (person, firms, corporations and political entities), and Federal National Mortgage Association, its Agents and/or Successors in Interest, and its Affiants | § § § | of Tarrant County (2013-002366-1) December 12, 2013 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM